In the Matter of GUSTAVE J. FUERTH, Appellant, *v.* CHARLES W. BERRY, as Comptroller of the City of New York, et al., Respondents.

(Argued September 30, 1929; decided October 15, 1929.)

*Harry B. Chambers* and *Douglas Mathewson* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Elliot S. Benedict* and *Charles W. Miller* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.